

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-83,360-03

### IN RE CODY MONTGOMERY HEFNER, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 114-2207-09 & 114-2208-09 IN THE 114TH DISTRICT COURT FROM SMITH COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 114th District Court of Smith County, that more than 35 days have elapsed, and that the applications have not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Smith County, is ordered to file a response, which may be made by submitting the record on such habeas corpus applications, submitting copies of timely filed orders which designate issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed applications for writs of habeas corpus in Smith County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas applications shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: June 27, 2016
Do not publish